

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00204-CV

CITY OF FORT WORTH                                                     APPELLANT

V.

CHENICE WELCH                                                          APPELLEE

------------

## FROM THE 342ND DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 342-290023-17

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered Appellant's "Agreed Motion to Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by Appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: SUDDERTH, C.J.; WALKER and MEIER; JJ.

DELIVERED: August 2, 2018

---

[1]*See* Tex. R. App. P. 47.4.